UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                24-CR-465 (S-1) (PKC)

      - against -

                                                **VERDICT SHEET**

LEON WILSON,

                    Defendant.
---------------------------------------------------------X

## COUNT ONE
(Deprivation of Rights Under Color of Law)

1. How do you find the defendant LEON WILSON?

        GUILTY  ✓            NOT GUILTY _____

If your verdict is Guilty, answer the following question:

Question 1(a)

Do you find that the government has proven beyond a reasonable doubt that, in committing the offense charged in Count One, the defendant caused bodily injury to Erick Encarnacion?

        YES ✓             NO _____

Question 1(b)

Do you find that the government has proven beyond a reasonable doubt that, in committing the offense charged in Count One, the defendant used a dangerous weapon?

        YES ✓             NO _____

*If you answered "Yes: to Question 1(b), please proceed to Question 2. If you answered "Not Guilty" to Question 1 or "No" to Question 1(b), do not proceed to Question 2; your deliberations are complete.*


COURT'S EXHIBIT NO. #2
IDENTIFICATION/EVIDENCE
DKT.# 24CR465
DATE: 10/28/25

## COUNT TWO
(Using, Carrying and Possessing a Firearm During a Crime of Violence)

2. How do you find the defendant LEON WILSON?

        GUILTY ✓        NOT GUILTY ____

If your verdict is Guilty, answer the following question:

Question 2(a)

Do you find that the government proved beyond a reasonable doubt that a firearm was brandished?

        YES ✓        NO ____

Question 2(b)

Do you find that the government proved beyond a reasonable doubt that a firearm was discharged?

        YES ✓        NO ____

*Your deliberations are complete.*

_____
Foreperson