UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,                    ORDER OF SUSTENANCE

       -against-                                         1:24-cr-00465 (PKC)

LEON WILSON,

                             Defendant.
----------------------------------------------------------------X

      **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)    SUSTENANCE

( )    TRANSPORTATION

        to the (15) jurors in the above entitled case

( )    DURING SELECTION

( )    DELIBERATING

( )    SEQUESTERED

(X)    LUNCH

( )    OTHER _____

DATED:  Brooklyn, New York
             October 28, 2025

                                                       s/Hon. Pamela K. Chen

                                           PAMELA K. CHEN
                                           UNITED STATES DISTRICT JUDGE